IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NOLAN J. DUDIK,

Defendant.

**WITNESS LIST**

Case No. 4:26MJ3142
Deputy: Nicki Wenzl
Reporter: Digital Recorder
Date: November 04, 2026

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Courtney Schoneweis | 11/4/2026 |
| Jason Halouska | 11/4/2026 |

FOR DEFENDANT:

| Name | Date |
|---|---|
| | |
| | |